| DIST | OFF | DOCKET YR. NMBR | | OR | FILEDATE | | | J | NATR SUIT | DIV PTF | DEF | R 23 | $DEMAND 1000's | JUDGE | MAG. | COUNTY | JURY DEM? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0756 | 1 | 98 | 1331 | 1 | 09 | 25 | 98 | 4 | 368 | 1 | 2 | N | 0 | 5610 | 56AH | 18097 | Y |

IP98-C-1331-H/G

| PLAINTIFFS | DEFENDANTS |
|---|---|
| CORN, ROBERT E | A C AND S INC A CORPORATION<br>ARMSTRONG WORLD INDUSTRIES INC A CORPORATION<br>ASBESTOS CLAIMS MANAGEMENT CORPORATION A CORPORATION FKA NATIONAL GYPSUM COMPANY<br>CSR LTD A CORPORATION<br>DRESSER INDUSTRIES INC A CORPORATION INDIVIDUALLY AND AS SUCCESSOR TO HARBISON WALKER REFRACTORIES WORTHINGTON CORP AND PACIFIC PUMPS<br>GAF CORP A CORPORATION *<br>GARLOCK INC A CORPORATION<br>GENERAL ELECTRIC COMPANY A CORPORATION * DISMISSED PER CRW/PA MAS DKT #6914<br>GENERAL REFRACTORIES COMPANY A CORPORATION<br>GEORGIA-PACIFIC CORPORATION A CORPORATION<br>METROPOLITAN LIFE INSURANCE COMPANY A CORPORATION * DISMISSED per CRW/PA Mas Dkt #7064<br>MINNESOTA MINING & MANUFACTURING COMPANY A CORPORATION * DISMISSED per CRW/PA MAS DKT #7089<br>NORTH AMERICAN REFRACTORIES COMPANY A CORPORATION<br>OWENS-CORNING CORP A CORPORATION<br>PITTSBURGH CORNING CORPORATION A CORPORATION * DISMISSED per CRW/PA MAS DKT #6836<br>PPG INDUSTRIES INC A CORPORATION<br>RAPID-AMERICAN CORP A CORPORATION, INDIVIDUALLY AND AS SUCCESSOR CORPORATION TO PHILIP CAREY MANUFACTURING CO<br>RUTLAND FIRE CLAY CO A CORPORATION * DISMISSED PER CRW/PA 4/30/01<br>UNITED STATES GYPSUM COMPANY A CORPORATION * DISMISSED per CRW/PA MAS DKT #6882 * DISMISSED per CRW/PA MAS DKT #6922<br>UNITED STATES MINERAL PRODUCTS |

UNITED STATES DISTRICT COURT DOCKET    Date Printed: 03/10/10

IP98-C-1331-H/G

| DIST | OFF | DOCKET YR. NMBR | | OR | FILEDATE | | | J | NATR SUIT | DIV PTF | DEF | R 23 | $DEMAND 1000's | JUDGE | MAG. | COUNTY | JURY DEM? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0756 | 1 | 98 | 1331 | 1 | 09 | 25 | 98 | 4 | 368 | 1 | 2 | N | 0 | 5610 | 56AH | 18097 | Y |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| | CO A CORPORATION INDIVIDUALLY AND AS SUCCESSOR TO CAFCO * ~~DISMISSED per CRW/PA MAS DKT #6897~~ <br> W R GRACE CO A CORPORATION INDIVIDUALLY AND AS SUCCESSOR TO AMICON DEARBORN CHEMICAL DEWEY & ALMY CHEMICAL CO EMERSON & CUMING A C HORN SERVICIZED PRODUCTS CORP * ~~DISMISSED PER CRW/PA 4/30/01~~ <br> WESTINGHOUSE ELECTRIC CORPORATION INDIVIDUALLY AND AS SUCCESSOR IN LIABILITY TO WESCO |

CAUSE: TORTS-PERSONAL INJURY; Asbestos Personal Injury Product Liability

| COUNSEL FOR PLAINTIFF(S) | COUNSEL FOR DEFENDANT(S) |
|---|---|
| MICHAEL P CASCINO <br> CASCINO VAUGHAN LAW OFFICES LTD <br> 220 S ASHLAND AVENUE <br> CHICAGO IL 60607-5309 <br> (312)944-0600  Fax:(312)944-1870 <br> For: <br> CORN, ROBERT E | SUSAN E MEHRINGER <br> BINGHAM MCHALE LLP <br> 2700 MARKET TOWER <br> 10 W MARKET STREET <br> INDIANAPOLIS IN 46204 <br> (317)635-8900 <br> For: <br> A C AND S INC A CORPORATION <br> NORTH AMERICAN REFRACTORIES <br><br> MICHAEL BERGIN <br> LOCKE REYNOLDS LLP <br> 201 N. ILLINOIS ST., SUITE 1000 <br> P.O. BOX 44961 <br> INDIANAPOLIS IN 46244-0961 <br> (317)237-3800  Fax:(317)237-3900 <br> For: <br> ARMSTRONG WORLD INDUSTRIES INC * <br> ASBESTOS CLAIMS MANAGEMENT <br> UNITED STATES GYPSUM COMPANY * <br><br> DOUGLAS B KING <br> WOODEN & MCLAUGHLIN <br> ONE INDIANA SQUARE <br> SUITE 1800 |

| DIST | OFF | DOCKET YR. | NMBR | OR | FILEDATE | | | J | NATR SUIT | DIV PTF | DEF | R 23 | $DEMAND 1000's | JUDGE | MAG. | COUNTY | JURY DEM? |
|------|-----|------------|------|-----|----|----|----|---|------|----|----|---|------|------|------|-------|-----|
| 0756 | 1 | 98 | 1331 | 1 | 09 | 25 | 98 | 4 | 368 | 1 | 2 | N | 0 | 5610 | 56AH | 18097 | Y |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| | INDIANAPOLIS IN 46204-2019<br>(317)639-6151<br>For:<br>DRESSER INDUSTRIES INC<br>GAF CORP A CORPORATION *<br>~~METROPOLITAN LIFE INSURANCE~~*<br>RAPID-AMERICAN CORP<br><br>EDWARD J MCCAMBRIDGE (01)<br>SEGAL MCCAMBRIDGE SINGER & MAHONEY<br>330 N WABASH SUITE 200<br>ONE IBM PLAZA<br>CHICAGO IL 60611<br>(312)645-7800<br>For:<br>DRESSER INDUSTRIES INC<br><br>JASON L KENNEDY (01)<br>ONE IBM PLAZA<br>330 N WABASH SUITE 200<br>CHICAGO IL 60611<br>(312)645-7800  Fax:(312)645-7711<br>For:<br>GARLOCK INC A CORPORATION<br><br>KEVIN R KNIGHT<br>ICE MILLER<br>ONE AMERICAN SQ<br>P O BOX 82001<br>INDIANAPOLIS IN 46282-0002<br>(317)236-5828<br>For:<br>GENERAL ELECTRIC COMPANY *<br><br>RANDALL J NYE<br>BECKMAN KELLY & SMITH<br>5920 HOHMAN AV<br>HAMMOND IN 46320-2423<br>(219)933-6200<br>For:<br>GENERAL REFRACTORIES COMPANY<br><br>KNIGHT S ANDERSON<br>HILL FULWIDER MCDOWELL FUNK MATTHEWS<br>PROFESSIONAL CORPORATION<br>ONE INDIANA SQUARE  SUITE 2000<br>INDIANAPOLIS IN 46204-2031<br>(317)488-2000  Fax:(317)630-2768<br>For: |

IP98-C-1331-H/G

| DIST | OFF | DOCKET YR. NMBR | | OR | FILEDATE | | | J | NATR SUIT | DIV PTF | DEF | R 23 | $DEMAND 1000's | JUDGE | MAG. | COUNTY | JURY DEM? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0756 | 1 | 98 | 1331 | 1 | 09 | 25 | 98 | 4 | 368 | 1 | 2 | N | 0 | 5610 | 56AH | 18097 | Y |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| | ~~MINNESOTA MINING & MANUFACTURIN~~ *<br>WESTINGHOUSE ELECTRIC<br><br>DENNIS F CANTRELL<br>BINGHAM MCHALE, LLP<br>2700 MARKET TOWER<br>10 WEST MARKET STREET<br>INDIANAPOLIS IN 46204<br>(317)635-8900  Fax:(317)236-9907<br>For:<br>PITTSBURGH CORNING CORPORATION *<br><br>CYNTHIA M LOCKE<br>STEWART & IRWIN, P.C.<br>251 E. OHIO ST, SUITE 1100<br>INDIANAPOLIS IN 46204-2147<br>(317)639-5454  Fax:(317)639-0086<br>For:<br>PPG INDUSTRIES INC A CORPORATION<br><br>JOHN L LISHER<br>OSBORN HINER & LISHER<br>8500 KEYSTONE CROSSING<br>SUITE 480<br>INDIANAPOLIS IN 46240<br>(317)257-2400  Fax:(317)722-4840<br>For:<br>RUTLAND FIRE CLAY CO *<br><br>JOHN H DOUGLAS (01)<br>SMITH MALEY & DOUGLAS<br>201 N. ILLINOIS STREET, SUITE 1900<br>INDIANAPOLIS IN 46204<br>(317)237-2244<br>For:<br>UNITED STATES MINERAL PRODUCTS *<br><br>JAMES K WHEELER<br>COOTS HENKE & WHEELER<br>255 E CARMEL DR<br>CARMEL IN 46032<br>(317)844-4693<br>For:<br>W R GRACE CO A CORPORATION * |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 09/25/98 | 1 | COMPLAINT eod 09/29/98 [LMW] |
| 09/25/98 | 2 | CIVIL COVER SHEET eod 09/29/98 [LMW] |
| 09/25/98 | 3 | RECEIPT #032493 eod 09/29/98 [LMW] |
| 11/13/98 | 4 | APPEARANCE by Douglas King and Jeffrey McKean of Wooden & McLaughlin on behalf of Metropolitan Life Insurance. c/s eod 11/13/98 [PLM] |
| 11/18/98 | 5 | APPEARANCE of Richard L. Darst for deft General Electric. cs DEFT G.E. eod 11/18/98 [CFW] |
| 11/24/98 | 6 | APPEARANCE by Susan Mehringer of Lewis & Wagner on behalf of AC and S, Inc. c/s eod 11/24/98 [PLM] |
| 11/25/98 | 7 | APPEARANCE of Douglas B. King and Daniel D. Trachtman of WOODEN & MCLAUGHLIN on behalf of DEFT (Dresser Industries, Inc.) c/s DEFT eod 11/30/98 [TMA] |
| 11/25/98 | 8 | ANSWER to complaint and to Cross-Claims of andy and all other DEFTS and Third-Party DEFTS. c/s DEFT (Metropolitan Life Insurance Company) eod 11/30/98 [TMA] |
| 12/01/98 | 9 | APPEARANCE of John L. Lisher and Susan M. Hunter of Osborn Hiner & Lisher on behalf of Rutland Fire Clay Company. c/s eod 12/03/98 [PLM] |
| 12/07/98 | 10 | APPEARANCE by Susan E. Mehringer of Lewis & Wagner on behalf of North American Refractories. c/s eod 12/07/98 [PLM] |
| 12/09/98 | 11 | APPEARANCE of James K. Wheeler, of Coots Henke & Wheeler, P.C. on behalf of DEFT (W.R. Grace & Co. - Conn.) eod 12/10/98 [GRN] |
| 12/09/98 | 12 | ANSWER to complaint and Jury Request DEFT (W.R. Grace & Co. - Conn.) c/s DEFT eod 12/10/98 [GRN] |
| 12/07/98 | 13 | CLOSED Transfer to MDL - Received a CERTIFIED copy of the Conditional Transfer Order {CTO-138} from Clerk, Eastern District of Pennsylvania - RE: MDL-875. eod 12/14/98 [TMA] |
| 12/15/98 | 14 | ANSWER to complaint C/S PPG INDUSTRIES eod 12/16/98 [PLM] |
| 12/15/98 | 15 | APPEARANCE FOR PPG INDUSTRIES by Cynthia M. Locke of White & Raub. c/s eod 12/16/98 [PLM] |
| 12/30/98 | 16 | APPEARANCE of Michael A. Bergin, Karl M. Koons, III and John K. McDavid, of Locke Reynolds Boyd & Weisell, on behalf of DEFTS (Armstrong World Industries, Inc., GAF Corporation, Asbestos Claims Management Corp. and United States Gypsum Co.) c/s DEFTS eod 12/31/98 [GRN] |
| 12/30/98 | 17 | ANSWER to complaint : and eod 12/31/98 [GRN] |
| 12/30/98 | = | DEMAND FOR JURY TRIAL on behalf of DEFTS (Armstrong World Industries, Inc., GAF Corporation, Asbestos Claims Management Corp. and United States Gypsum Co.) c/s DEFTS eod 12/31/98 [GRN] |
| 01/05/99 | 18 | DEMAND FOR JURY TRIAL c/s ACandS Inc. eod 01/05/99 [PLM] |
| 01/05/99 | 19 | ANSWER to complaint c/s ACandS, Inc. eod 01/05/99 [PLM] |
| 01/05/99 | 20 | DEMAND FOR JURY TRIAL c/s NORTH AMERICAN REFRACTORIES eod 01/05/99 [PLM] |
| 01/05/99 | 21 | ANSWER to complaint c/s NORTH AMERICAN REFRACTORIES eod 01/05/99 [PLM] |
| 01/05/99 | 22 | APPEARANCE of Knight S. Anderson of HILL FULWIDER MCDOWELL FUNK & MATTHEWS on behalf of DEFT (Minnesota Mining and Manufacturing Company). c/s DEFT eod 01/06/99 [TMA] |
| 01/05/99 | 23 | APPEARANCE of Knight S. Anderson of HILL FULWIDER MCDOWELL FUNK & MATTHEWS on behalf of DEFT (Garlock, Inc). c/s DEFT eod 01/06/99 [TMA] |
| 01/05/99 | 24 | MOTION FOR TIME TO respond to PLTF'S Complaint. c/s DEFT (Garlock, Inc.) FOR ORIGINAL PLEADING REFER TO MAS DKT #5861 eod |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 01/05/99 | 25 | 01/06/99 [TMA]<br>MOTION FOR TIME TO respond to PLTF'S Complaint. c/s DEFT (Minnesota Mining and Manufacturing Company) FOR ORIGINAL PLEADING REFER TO MAS DKT #5868 eod 01/06/99 [TMA] |
| 01/11/99 | 26 | ANSWER to complaint c/s DEFT (Dresser Industries, Inc.) eod 01/11/99 [TMA] |
| 01/14/99 | 27 | ORDER GRANTS DEFT'S (Minnesota Mining and Manufacturing Company) Motion For Time, to and including 02/15/99, within which to serve and file a response to PLTF'S Complaint. c/m CRW/PA FOR ORIGINAL PLEADING REFER TO MAS DKT #5877 eod 01/15/99 [TMA] |
| 01/14/99 | 28 | APPEARANCE of Douglas B. King and Joseph R. Alberts of WOODEN & MCLAUGHLIN on behalf of DEFT (Rapid-American Corp.) c/s DEFT eod 01/15/99 [TMA] |
| 01/15/99 | 29 | APPEARANCE of John H. Douglas of SMITH MALEY & DOUGLAS on behalf of DEFT (United States Mineral Products Company). c/s DEFT eod 01/19/99 [TMA] |
| 01/15/99 | 30 | ANSWER to complaint ; and eod 01/19/99 [TMA] |
| 01/15/99 | = | AFFIRMATIVE DEFENSE c/s DEFT (United States Mineral Products Co.) eod 01/19/99 [TMA] |
| 01/15/99 | 31 | ANSWER to complaint ; and eod 01/19/99 [TMA] |
| 01/15/99 | = | DEMAND FOR JURY TRIAL c/s DEFT (Rapid-American Corp.) eod 01/19/99 [TMA] |
| 01/20/99 | 32 | APPEARANCE of Randall J. Nye of BECKMAN, KELLY & SMITH on behalf of DEFT (General Refractories Company). c/s DEFT eod 01/20/99 [TMA] |
| 01/20/99 | 33 | ANSWER to complaint ; and eod 01/20/99 [TMA] |
| 01/20/99 | = | DEMAND FOR JURY TRIAL c/s DEFT (General Refractories Company) eod 01/20/99 [TMA] |
| 01/22/99 | 34 | REQUEST for jury trial. c/s DEFT, PITTSBURGH CORNING eod 01/22/99 [PLM] |
| 01/22/99 | 35 | ANSWER to complaint. c/s PITTSBURGH CORNING eod 01/22/99 [PLM] |
| 01/22/99 | 36 | APPEARANCE of Dennis Cantrell & Robin Babbit of Bingham Summers Welsh & Spilman. c/s DEFT, PITTSBURGH CORNING CORP eod 01/22/99 [PLM] |
| 01/25/99 | 37 | ORDER GRANTS DEFT'S (Garlock, Inc.) Motion for Time to respond to PLTF'S Complaints, to and including 2/8/99. c/m CRW/PA. FOR ORIGINAL PLEADING REFER TO MAS DKT #5889 eod 01/26/99 [TMA] |
| 02/08/99 | 38 | NOTICE OF CHANGE of Address of Jennifer K. Fardy, SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD., One IBM Plaza, 330 N. Wabash Avenue, Suite 200, Chicago, IL 60611, (312) 645-7800 (phone), (312) 645-7711 (fax), c/s DEFT (Harbison-Walker Refractories) eod 02/08/99 [TMA] |
| 02/22/99 | 39 | APPEARANCE of Jennifer K. Fardy of SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD., on behalf of DEFT (Harbison-Walker Refractories Company, formerly a division of Dresser Industries, Inc.). c/s DEFT eod 02/23/99 [TMA] |
| 02/22/99 | 40 | ANSWER to complaint ; and eod 02/23/99 [TMA] |
| 02/22/99 | = | AFFIRMATIVE DEFENSE c/s DEFT (Harbison-Walker Refractories Company formerly a division of Dresser Industries, Inc.) eod 02/23/99 [TMA] |
| 08/12/99 | 41 | ANSWER to complaint and Defenses. c/s DEFT CBS Corporation, f/k/a Westinghouse Electric Corporation eod 08/13/99 [DMW] |
| 08/12/99 | 42 | APPEARANCE of Knight S. Anderson of Hill Fulwider McDowell Funk & Matthews on behalf of DEFT. c/s DEFT CBS Corporation, f/k/a |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 08/12/99 | 43 | Westinghouse Electric Corporation. eod 08/13/99 [DMW] ANSWER to complaint and Adoption of Asbestos Defendants' Master Affirmative Defenses. c/s DEFT Garlock, Inc. eod 08/13/99 [DMW] |
| 08/11/99 | 44 | NOTICE of withdrawal of appearances and substitution of counsel. Enter substitution of appearances of William F. Mahoney, Edward J. McCambridge, Linda A. Graft, and Jason L. Kennedy of SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD as counsel for deft Harbison-Walker Refractories Company, incorrectly named as Dresser Industries, Inc. no c/s DEFT eod 08/13/99 [TMA] |
| 08/12/99 | 45 | ANSWER to complaint and Adoption of Asbestos Defendants' Master Affirmative Defenses. c/s DEFT Minnesota Mining and Manufacturing Company eod 08/17/99 [DMW] |
| 02/17/00 | 46 | NOTICE of substitution of counsel and APPEARANCE. Douglas B. King of WOODEN & MCLAUGHLIN hereby provides notice of his appearance on behalf of deft GAF Corporation, and provides notice of the withdrawal of Michael A. Bergin of LOCKE REYNOLDS on behalf of deft GAF Corporation. c/s DEFT eod 02/18/00 [TMA] |
| 03/13/00 | 47 | ORDER - Administrative Order No. 6 - Received certified copy from the Eastern District of Pennsylvania. c/m CRW/PA re: all asbestos MDL cases. eod 03/27/00 [TMA] |
| 03/13/00 | 48 | NOTICE of Withdrawal of Appearance Re: Knight S. Anderson and Substitution of Counsel Re: Jason Kennedy (No Appearance filed) on behalf of the DEFT Garlock Inc. cs eod 03/30/00 [DLD] |
| 03/27/00 | 49 | APPEARANCE of Jason L. Kennedy of SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. on behalf of DEFTS Anchor Packing, Coltec Industries and Garlock Inc. c/s DEFTS eod 04/13/00 [TMA] |
| 03/31/00 | 50 | STIPULATION of dismissal between pltf(s) (see stipulation) and deft Metropolitan Life Insurance Company ONLY, with prejudice, each party to pay its respective costs. c/s PARTIES eod 05/17/00 [TMA] |
| 05/12/00 | 51 | NOTICE of withdrawal of appearance of Joseph R. Alberts as counsel for deft Rapid-American Corp., who will continue to be represented Douglas B. King and the firm of WOODEN AND MCLAUGHLIN LLP. c/s DEFT eod 05/27/00 [TMA] |
| 07/17/00 | * | NOTICE (FOR INFORMATIONAL PURPOSES ONLY) - Per Order of Judge Weiner of the Eastern District of Pennsylvania, Deft National Gypsum Company, having declared bankruptcy, is DISMISSED WITHOUT PREJUDICE from all "PENDING" MDL 875 actions. c/m CRW/PA (For case list see Master Docket #6652, or Cause #991392.) eod 08/03/00 [TMA] |
| 07/31/00 | ** | NOTICE (FOR INFORMATIONAL PURPOSES ONLY) - Per Order of Judge Weiner of the Eastern District of Pennsylvania, Deft Pacor, Inc., having declared bankruptcy, is DISMISSED WITHOUT PREJUDICE from all "PENDING" MDL 875 actions. c/m CRW/PA (For original order see Master Docket #6668.) eod 08/03/00 [TMA] |
| 10/23/00 | * | NOTICE of Bankruptcy Filing by Owens Corning and Fibreboard Corporation (FOR INFORMATIONAL PURPOSES ONLY). eod 11/14/00 [TMA] |
| 11/14/00 | = | NOTICE (FOR INFORMATIONAL PURPOSES ONLY) - Per Order of Judge Weiner of the Eastern District of Pennsylvania, Defendant Owens-Corning Fiberglas Corporation, having declared Bankruptcy, is DISMISSED WITHOUT PREJUDICE from all "PENDING" MDL 875 actions. c/m CRW/PA (For Original Order see Master Docket #6736.) eod 11/14/00 [TMA] |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/14/00 | = | NOTICE (FOR INFORMATIONAL PURPOSES ONLY) - Per Order of Judge Weiner of the Eastern District of Pennsylvania, Defendant Rutland Fire Clay Company, having declared Bankruptcy, is DISMISSED WITHOUT PREJUDICE from all "PENDING" MDL 875 actions. c/m CRW/PA (For Original Order see Master Docket #6737.) eod 11/14/00 [TMA] |
| 11/14/00 | = | NOTICE (FOR INFORMATIONAL PURPOSES ONLY) - Per Order of Judge Weiner of the Eastern District of Pennsylvania, Defendant Cassiar Mining Corp., Ltd., having declared Bankruptcy, is DISMISSED WITHOUT PREJUDICE from all "PENDING" MDL 875 actions. c/m CRW/PA (For Original Order see Master Docket #6738.) eod 11/14/00 [TMA] |
| 11/20/00 | * | NOTICE (FOR INFORMATIONAL PURPOSES ONLY) Per Order of Judge Weiner of the Eastern District of Pennsylvania, Defendant, Asbestospray Corp., having declared Bankruptcy, is DISMISSED WITHOUT PREJUDICE from all "PENDING" MDL 875 actions. c/m CRW/PA (For Original Order see Master Docket #6743) eod 11/21/00 [TMA] |
| 11/20/00 | ** | NOTICE (FOR INFORMATIONAL PURPOSES ONLY) Per Order of Judge Weiner of the Eastern District of Pennsylvania, Defendant, Spraycraft Corp., having declared Bankruptcy, is DISMISSED WITHOUT PREJUDICE from all "PENDING" MDL 875 actions. c/m CRW/PA (For Original Order see Master Docket #6744) eod 11/21/00 [TMA] |
| 12/05/00 | 52 | NOTICE of withdrawal of appearance of Richard L. Darst and substitution of Kevin R. Knight, Robert L. Gauss and Germaine Winnick Willett of ICE MILLER on behalf of deft GE Company. c/s DEFT eod 12/06/00 [TMA] |
| 12/06/00 | 53 | MOTION to withdraw as counsel for deft Asbestos Claims Management Corp. c/s DEFT re: see attached 398 cases. eod 12/13/00 [TMA] |
| 12/07/00 | 54 | ORDER OF DISMISSAL - DEFT, Pittsburgh Corning Corp., having declared bankruptcy, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA (For Original Order, and listing of cases this pertains to, see MAS DKT #6751) eod 12/21/00 [TMA] |
| 01/29/01 | 55 | ORDER OF DISMISSAL - Defendant, GAF Corp., having declared bankruptcy IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions. Pltfs are entitled to request reinstatement from this Court at a further date should circumstances so warrant. c/m CRW/PA - FOR ORIGINAL ORDER REFER TO MAS DKT #6762 eod 02/02/01 [TMA] |
| 03/08/01 | 56 | ORDER OF DISMISSAL - Defendant, Fibreboard Corp. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER REFER TO MAS DKT #6807 eod 04/18/01 [TMA] |
| 04/11/01 | 57 | ORDER OF DISMISSAL - Defendant, Armstrong World Industries, Inc. having declared bankruptcy during the pendency of the asbestos |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER REFER TO MAS DKT #6808 eod 04/18/01 [TMA] |
| 04/30/01 | 58 | ORDER OF DISMISSAL - Deft, W.R. Grace & Co.-Conn., having delcared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER, REFER TO MAS DKT #6815. eod 05/24/01 [TMA] |
| 04/30/01 | 59 | ORDER OF DISMISSAL - Deft, Rutland Fire Clay Co., having delcared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER, REFER TO MAS DKT #6816. eod 05/24/01 [TMA] |
| 04/30/01 | 60 | ORDER OF DISMISSAL - Deft, Owens-Corning Fiberglas Corp., having delcared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER, REFER TO MAS DKT #6817. eod 05/24/01 [TMA] |
| 04/30/01 | 61 | ORDER OF DISMISSAL - Deft, W.R. Grace & Co., having delcared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER, REFER TO MAS DKT #6818. eod 05/24/01 [TMA] |
| 06/26/01 | 62 | ORDER OF DISMISSAL - Deft, Pittsburgh Corning Corp. having declared bankruptcy, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER, REFER TO MAS DKT #6836. eod 06/28/01 [TMA] |
| 08/13/01 | 63 | ORDER OF DISMISSAL - Deft, United States Gypsum Co., having declared bankruptcy, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA - FOR COPY OF ORIGINAL ORDER, REFER TO MAS DKT #6882. eod 09/06/01 [TMA] |
| 10/08/01 | 64 | ORDER OF DISMISSAL - Deft, United States Mineral Products Co. |

IP98-C-1331-H/G

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA. FOR COPY OF THIS ORDER REFER TO MAS DKT #6897. eod 11/08/01 [TMA] |
| 11/05/01 | 65 | ORDER OF DISMISSAL - Deft, Ferodo America, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA. FOR COPY OF THIS ORDER REFER TO MAS DKT #6898. eod 11/08/01 [TMA] |
| 11/05/01 | 66 | ORDER OF DISMISSAL - Deft, Turner & Newall, Plc having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA. FOR COPY OF THIS ORDER REFER TO MAS DKT #6899. eod 11/08/01 [TMA] |
| 11/05/01 | 67 | ORDER OF DISMISSAL - Deft, Turner & Newall Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA. FOR COPY OF THIS ORDER REFER TO MAS DKT #6900. eod 11/08/01 [TMA] |
| 11/05/01 | 68 | ORDER OF DISMISSAL - Deft, Turner & Newall, Ltd. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA. FOR COPY OF THIS ORDER REFER TO MAS DKT #6901. eod 11/08/01 [TMA] |
| 11/05/01 | 69 | ORDER OF DISMISSAL - Deft, Gasket Holdings, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA. FOR COPY OF THIS ORDER REFER TO MAS DKT #6902. eod 11/08/01 [TMA] |
| 11/05/01 | 70 | ORDER OF DISMISSAL - Deft, TAF International, Ltd. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 01/29/02 | 71 | limitations ARE TOLLED, and the pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA. FOR COPY OF THIS ORDER REFER TO MAS DKT #6903. eod 11/08/01 [TMA] NOTICE OF SUGGESTION OF BANKRUPTCY - On 1/4/02, Deft North American Refractories Co. filed for relief under Chapter 11 of the Bankruptcy Code. Pursuant to 11 U.S.C. Sec. 332 and orders of the Bankruptcy Court, this litigation against North American Refractories Co. is stayed. c/s DEFT - FOR ORIGINAL DOCUMENT REFER TO MAS DKT #6910. eod 01/30/02 [TMA] |
| 02/15/02 | 72 | ORDER FOR SETTLED CASES - The Court has been advised by counsel for General Electric that the cases on the attached list have been settled. c/m CRW/PA - FOR LISTING OF CASES AND ORIGINAL ORDER REFER TO MAS DKT #6914. eod 02/26/02 [TMA] |
| 04/02/02 | 73 | ORDER OF DISMISSAL - Deft, Kaiser Aluminum & Chemical Corp., having declared bankruptcy, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED WITHOUT PREJUDICE, from all pending MDL actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA eod 04/02/02 [TMA] |
| 04/02/02 | 74 | ORDER OF DISMISSAL - Deft, Kaiser Refractories Co., having declared bankruptcy, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED WITHOUT PREJUDICE, from all pending MDL actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA eod 04/02/02 [TMA] |
| 04/02/02 | 75 | ORDER OF DISMISSAL - Deft, United States Gypsum Co., having declared bankruptcy, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED WITHOUT PREJUDICE, from all pending MDL actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA eod 04/02/02 [TMA] |
| 05/28/02 | 76 | ORDER OF DISMISSAL - Deft, A.P. Green Industries, Inc., having declared bankruptcy IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA (FOR ORIGINAL ORDER REFER TO MAS DKT #6934.) eod 05/29/02 [TMA] |
| 05/28/02 | 77 | ORDER OF DISMISSAL - DefT, Harbison-Walker Refractories Co., having delcared bankruptcy IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA (FOR ORIGINAL ORDER REFER TO MAS DKT #6935.) eod 05/29/02 [TMA] |
| 05/28/02 | 78 | ORDER OF DISMISSAL - Deft, Fibreboard Corp., having declared bankruptcy IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA (FOR ORIGINAL ORDER REFER TO MAS DKT #6936.) eod 05/29/02 [TMA] |
| 05/28/02 | 79 | ORDER OF DISMISSAL - Deft, A.P. Green Refractories Co., Inc., having declared bankruptcy IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| | | statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA (FOR ORIGINAL ORDER REFER TO MAS DKT #6937.) eod 05/29/02 [TMA] |
| 05/28/02 | 80 | ORDER OF DISMISSAL - Deft, Porter-Hayden Co., Inc., having declared bankruptcy IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA (FOR ORIGINAL ORDER REFER TO MAS DKT #6938.) eod 05/29/02 [TMA] |
| 05/28/02 | 81 | ORDER OF DISMISSAL - Deft, Harbison-Walker Corp., having declared bankruptcy IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and pltfs are entitled to request reinstatement from this Court at a further date. c/m CRW/PA (FOR ORIGINAL ORDER REFER TO MAS DKT #6939.) eod 05/29/02 [TMA] |
| 01/17/03 | 82 | CORPORATE DISCLOSURE STATEMENT . c/s DEFT 3M eod 01/22/03 [TMA] |
| 05/02/03 | 83 | ORDER APPROVES Stipulation of dismissal of plaintiffs and defendant Metropolitan Life Insurance Co. ONLY, with prejudice, each party to pay its respective costs of suit. c/m CRW/PA (For distribution see original Order, Mas Dkt 7064.) eod 05/05/03 [TMA] |
| 06/01/04 | 84 | NOTICE of bankruptcy and automatic stay c/s DEFT-DII Industries LLC f/k/a Dresser Industries - MAS DKT #7084 eod 06/16/04 [CBU] |
| 08/23/04 | 85 | DISMISSAL - STIPULATION OF DISMISSAL between Pltf(s) and Deft 3M Company, is APPROVED. Pltf's claims and all cross-claims against 3M are hereby dismissed with prejudice upon approval of the Court. c/m CRW/PA (For Original and other involved cases, see Mas Dkt 7089). eod 09/21/04 [TMA] |